## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-686 UA (Duty) | Date | September 30, 2014 |
| Title | Franklin v. DEA | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION

　　　Plaintiff filed a response to the Court's order regarding the reopening of this action. (Docket # 6.)  In his response, Plaintiff helpfully acknowledged that, after he was denied IFP status in this action, he commenced a new action in this Court under a new case number seeking relief from the named defendants.  <u>Franklin v. DEA</u>, No. CV 14-3701 CMB (RNB) (C.D. Cal.). Plaintiff further explained that the new case "is of the same action" – that is, it seeks the same type of injunctive relief against the federal agency – "and is already proceeding with the IFP being granted."  (Docket # 6 at 2.)  As a result, Plaintiff explained that he believed that did "not need to submit IFP paperwork to the Court" in the CV 14-686 action.

　　　That makes sense.  To facilitate Plaintiff's wishes, the Court interprets Plaintiff's explanation as a request to voluntarily dismiss the CV 14-686 action pursuant to Federal Rule of Civil Procedure 41, and to continue to pursue the ongoing CV 14-3701 case.  The request to dismiss the CV 14-686 case is GRANTED without prejudice.  The Clerk is directed to close the present matter.

cc:     Magistrate Judge Block